**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00187-JAD-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO SANTANA DURAN, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 4, 2026 at 10:30 a.m., be vacated and continued to May 20, 2026, at the hour of 10:00 a.m.

DATED this 24th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE

3