**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

SERGIO SANTANA DURAN,

        Defendant.

Case No. 2:25-cr-00187-JAD-DJA

**ORDER**

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for May 15, 2026 at 2:00 p.m., be vacated and continued to  June 10, 2026      at the hour of   2:00   p.m.; or to a time and date convenient to the court.

DATED this 13th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3