**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00187-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| SERGIO SANTANA DURAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for July 14, 2026 at 11:30 a.m., be vacated and continued to August 27, 2026, at the hour of 1:30 p.m.

DATED this 13th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3